UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ARCHIE DARRIN MILLER, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No: 2:13-cv-0574-CLS-JEO |
| | ) |
| CHERYL PRICE, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**MEMORANDUM OPINION**

This is an action on a petition for a writ of *habeas corpus*, filed pursuant to 28 U.S.C. § 2254 by Archie Darrin Miller, a *pro se* Alabama state prisoner incarcerated at the Donaldson Correctional Facility in Bessemer, Alabama.[1] Miller challenges his convictions and sentences in the Circuit Court of Jefferson County, Alabama, on multiple sex offenses against his minor daughters. The magistrate judge to whom the case was referred entered a Report and Recommendation, recommending that the petition be denied.[2] Petitioner objected to the Report and Recommendation by filing an affidavit,[3] an objection, and other evidence, including transcript excerpts.[4]

---

[1] Doc. no. 1.

[2] Doc. no. 23 (Report and Recommendation).

[3] Doc . no. 28 (Affidavit).

[4] Doc. no. 29 (Objections), and attachments.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the magistrate judge's Report and Recommendation and petitioner's objections thereto, the court is of the opinion that the magistrate judge's findings are due to be, and they hereby are, ADOPTED, and his recommendation is ACCEPTED. Petitioner's objections are OVERRULED. Petitioner's objections, albeit lengthy, merely rehash arguments raised in his *habeas* petition and in the reply he filed in response to the State's answer. As a result, the petition for writ of *habeas corpus* is due to be denied, and this action will be dismissed with prejudice.

Further, because the petition does not present issues that are debatable among jurists of reason, a certificate of appealability is also due to be denied. *See* 28 U.S.C. § 2253(c); *Slack v. McDaniel*, 529 U.S. 473, 484-85 (2000); Rule 11(a), Rules Governing § 2254 Proceedings.

A separate Final Order will be entered.

DONE this 26th day of November, 2018.

_____
United States District Judge